MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA VS Dayveion Lashawn Crawford

Case Number: 19mj2158-LL      EXHIBIT LIST      Detention Hearing

☒ Plaintiff   ☐ Defendant   ☐ Court

| No. | Date I.D. | Date Rec'vd | Description |
|---|---|---|---|
| 1 | 6/6/19 | 6/6/19 | Video of Defendant w/ gun |
| 2 | 6/6/19 | 6/6/19 | Video of Defendant |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

FILED
JUN 06 2019
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY